IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN CURRIE | : |
| Plaintiff, | : |
| - v - | : |
| | : No. 2:20-cv-00098-DSC |
| NORFOLK SOUTHERN RAILWAY COMPANY ("NORFOLK SOUTHERN") | : |
| Defendant. | : |

**PRAECIPE TO SETTLE AND DISCONTINUE**

Kindly mark the within matter settled and discontinued.

**BARISH ROSENTHAL**

BY: */s/ Samuel J. Rosenthal*
SAMUEL J. ROSENTHAL, ESQUIRE

Dated: April 14, 2021

**SO ORDERED:**

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge

Dated: March 1, 2023